```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GUADALUPE CORTES,                                                      :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        23 Civ. 5876 (JPC)
          -v-                                                          :
                                                                       :              ORDER
CARABEAN, LLC et al.,                                                  :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      This case has been referred to the Court-annexed Mediation Program. Dkt. 13. However, on August 9, 2023, the Court was advised that mediation "was not held as one or both parties failed, refused to attend, or refused to participate." Dkt. 14. Accordingly, by August 17, 2023, the parties shall submit a joint status letter addressing the status of mediation including why mediation did not occurred as ordered.

      SO ORDERED.

Dated: August 10, 2023  
      New York, New York

                                                 JOHN P. CRONAN  
                                                 United States District Judge