# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
                   cklee@leelitigation.com

September 21, 2023

**<u>Via ECF</u>**
The Honorable John P. Cronan, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

      Re:   *Cortes v. Carabean, LLC et al.*
             <u>Case No. 23-cv-05876</u>

Dear Judge Cronan:

    We are counsel to Plaintiff in the above referenced matter. We write pursuant to the Court's order on September 19, 2023 [Dkt. no. 23] to advise the Court as follows:

1) No settlement agreement has been reached in this action.
2) Plaintiff has been advised of, and consents to, the withdrawal of this action.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

In light of this information and the parties' joint stipulation of voluntary dismissal without prejudice, Dkt. 22, the Clerk of Court is respectfully directed to close this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order).

SO ORDERED.
September 22, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge